Robinson, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CONCERNED CITIZENS OF CHAPPAQUA,
CHARLES NAPOLI, and GINA GORE,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
TRANSPORTATION (FEDERAL HIGHWAY
ADMINISTRATION), and the NEW YORK
STATE DEPARTMENT OF
TRANSPORTATION,

Defendants.
------------------------------------------------------------X

Civil Action

Docket No.: 08-cv-7325 (SCR)

ECF Case

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed with prejudice against the defendants, United States Department of Transportation (Federal Highway Administration) and the New York State Department of Transportation, pursuant to Federal Rule of Civil Procedure 41(a).

_____
Delight D. Balducci
Periconi, LLC
708 Third Avenue, 17th Floor
New York, New York 10017
(212) 213-5500
*Counsel for Plaintiffs*

_____
Lev L. Dassin
Acting United States Attorney
for the Southern District of New York
By: Jean-David Barnea
Assistant United States Attorney
86 Chambers St., 3rd floor
New York, New York 10007
(212) 637-2679
*Counsel for Defendant
U.S. Department of Transportation*

Dated: March 13, 2009

Dated: March 13, 2009

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED

_____
Andrew M. Cuomo
Attorney General of the
State of New York
By: Janice B. Taylor
Assistant Attorney General
New York State Department of Law
120 Broadway, 26th Floor
New York, New York 10271
(212) 416-8462
*Counsel for Defendant*
*N.Y.S. Department of Transportation*

Dated: March 13, 2009

The Clerk of the Court is directed to Close this case and term all motions.

SO ORDERED:

_____
HON. STEPHEN C. ROBINSON
United States District Judge

DATED March 27, 2009